JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH WINETT, et al., <br><br> Defendants. | Case No.: CV 19-04117-CJC (JPRx) <br><br> JUDGMENT |

Plaintiff Brian Whitaker has accepted a Federal Rule of Civil Procedure 68 Offer of Judgment from Defendants. (Dkt. 14.) The Court hereby **ORDERS** that:

//
//
//

1. Judgment is entered in favor of Plaintiff and against Defendants.
2. The Court will retain jurisdiction to enforce this Offer of Judgment under FRCP 41(a).

DATED: October 9, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE